UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SEROLOGICALS SPECIALTY
BIOLOGICS, INC.,
a Delaware Corporation,

    Plaintiff,

v.

Case No. 04-CV-2225 MaV
JURY DEMANDED

CAROL BEARDEN,
a Tennessee resident,

    Defendant.

CV-04-BE-2589-S

ORDER GRANTING DEFENDANT'S MOTION
PURSUANT TO 28 U.S.C. §1404 TO TRANSFER CAUSE
TO THE NORTHERN DISTRICT OF ALABAMA

Upon the unopposed motion of Defendant Carol Bearden transfer this cause to the Northern District of Alabama for consolidation with CV-04-CO-0710-S Serologicals Specialty Biologics, Inc. vs. Anita Hyde and CV-04-1351-S Southern Blood Services, Inc. vs. Serologicals Specialty Biologics, Inc., et al., the Court finds that the motion is in the best interest of the parties and witnesses and should be granted.

    IT IS SO ORDERED.

M WMR 779784 v1
1039034-000001 08/18/04

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-2004



*[signature]*
JUDGE ~~HARDY MAYS~~ J. Daniel Breen

August 24, 2004
DATE

51AD/N, CLOSED

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:04-cv-02225-JDB-dkv
### Internal Use Only

Serologicals Splty. v. Bearden
Assigned to: J. Daniel Breen
Referred to: Diane K. Vescovo
Demand: $0
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 04/01/2004
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

CV-04-BE-2589-S

**Plaintiff**
-----------------------

**Serologicals Specialty Biologics, Inc.,** *a Delaware Corporation*

represented by **Christopher Schwartz**
BUCHANAN INGERSOLL, PC
1776 K St., NW
Ste. 800
Washington, DC 20006-2365
202-452-7900
*ATTORNEY TO BE NOTICED*

**Dianna Baker Shew**
STITES & HARBISON PLLC
SunTrust Center
424 Church Street
Eighteenth Floor
Nashville, TN 37219
615-244-5200
Fax: 782-2371
*ATTORNEY TO BE NOTICED*



**Rebecca A. Hirselj**
BUCHANAN INGERSOLL, PC
1776 K St., NW
Ste. 800
Washington, DC 20006-2365
202-452-7900
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Carol Bearden,** *a Tennessee Resident*

represented by **Michael C. Patton**

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
First Tennessee Bank Building
165 Madison Ave.
Ste. 2000
Memphis, TN 38103
901-526-2000
Fax: 901-577-0759
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Michael Richards**
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ
First Tennessee Bank Building
165 Madison Ave.
Ste. 2000
Memphis, TN 38103
901-526-2000
Fax: 901-577-2303
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2004 | 1 | COMPLAINT (Summons(es) issued) Receipt #: M87341; Filing fee $ 150.00 (TLH) (Entered: 04/02/2004) |
| 04/01/2004 | | SUMMONS issued as to defendant Carol Bearden (JAE) (Entered: 04/02/2004) |
| 05/03/2004 | 2 | MOTION by plaintiff Serologicals Splty. for attorney(s) Christopher Schwartz and Rebecca Hirselj to appear pro hac vice (JAE) (Entered: 05/04/2004) |
| 05/03/2004 | | PRO HAC VICE FEE PAID: in the amount of $ 200. receipt # M87977 by Stites & Harbison for Christopher Schwartz and Rebecca Hirselj to appear as counsel for Serological Specility Biologics, Inc. (JAE) (Entered: 05/04/2004) |
| 05/12/2004 | 3 | ORDER by Judge Samuel H. Mays Jr. granting plaintiff Serologicals Specialty Biologics, Inc.'s motion for attorney(s) Christopher Schwartz and Rebecca Hirselj to appear pro hac vice [2-1] (cc: all counsel) (JAE) (Entered: 05/13/2004) |
| 05/20/2004 | 4 | NOTICE OF FILING OF CORPORATE DISCLOSURE STATEMENT by plaintiff Serologicals Splty. (JAE) (Entered: 05/21/2004) |

| 06/04/2004 | ●5 | SUMMONS Returned Executed by Serologicals Specialty Biologics, Inc.. Carol Bearden served on 5/26/2004, answer due 6/15/2004. (jae, ) (Entered: 06/04/2004) |
|---|---|---|
| 06/14/2004 | 6 | ANSWER to Complaint by Carol Bearden.(jae, ) (Entered: 06/15/2004) |
| 07/14/2004 | ●7 | SETTING LETTER: Scheduling Conference set for 8/26/2004 09:30 AM in Courtroom 5 - Memphis before Diane K. Vescovo. (tlh, ) (Entered: 07/14/2004) |
| 08/10/2004 | ●8 | RULE 26(f) REPORT OF THE PARTIES. (tlh, ) (Entered: 08/10/2004) |
| 08/19/2004 | ●9 | MOTION of Defendant Sent to 28 USC 1404 to Transfer to Cause and Consolidate by Carol Bearden. (tlh, ) (Entered: 08/20/2004) |
| 08/19/2004 | ●10 | MEMORANDUM of Points and Authorities in Support of Defendant's [9] MOTION to Transfer Pursuant to 28 USC 1404 and to Consolidate filed by Carol Bearden. (tlh, ) (Entered: 08/20/2004) |
| 08/19/2004 | ●11 | STATEMENT OF CONSULTATION PURSUANT TO LR 7.2(a)(1)(B) by W. Michael Richards on behalf of Carol Bearden. (tlh, ) (Entered: 08/20/2004) |
| 08/20/2004 | ●12 | SCHEDULING ORDER: Amended Pleadings due by 9/11/2004. Discovery due by 12/6/2004. Joinder of Parties due by 9/11/2004. Filing Dispositive Motions due by 1/6/2005. Signed by Judge Diane K. Vescovo. (tlh, ) (Entered: 08/20/2004) |
| 08/20/2004 | ●13 | ORDER OF RECUSAL. Judge Samuel H. Mays recused. Case reassigned to Judge J. Daniel Breen for all further proceedings. Signed by Judge Samuel H. Mays Jr. (tlh, ) (Entered: 08/23/2004) |
| 08/23/2004 | ●14 | SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES by Carol Bearden. (tlh, ) (Entered: 08/23/2004) |
| 08/24/2004 | ●15 | ORDER GRANTING DEFENDANT'S [9] MOTION PURSUANT TO 28 USC 1404 TO TRANSFER CAUSE TO THE NORTHERN DISTRICT OF ALABAMA. Signed by Judge J. Daniel Breen. (tlh, ) (Entered: 08/24/2004) |
| 08/24/2004 | | ***Civil Case Terminated: This matter is transferred to the Northern District of Alabama pursuant to 15 Court Order dated 8/24/2004. Certified copy of Order, Certified Copy of Docket sheet, and the Original File mailed to: Perry D. Mathis, Clerk, US District Court, 140 Hugo L. Black United States Courthouse, 1729 Fifth Ave. North, Birmingham, AL 35203 via certified mail (#70020510000228846700) on 8/25/2004. (tlh, ) (Entered: 08/25/2004) |